**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**KAREN L. POWELL**                                        **PLAINTIFF**

**VS.**                                **CIVIL ACTION NO. 3:08CV198WHB-LRA**

**LANE HOTELS, INC.**                                 **DEFENDANT**

**AGREED ORDER OF DISMISSAL**

This cause is before the Court on the motion, *ore tenus*, of the Parties for dismissal with prejudice of Plaintiff's Complaint. The Court, having considered the motion and finding that the parties have resolved their differences, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the claims of the Plaintiff be, and they are hereby, dismissed with prejudice, with each party to bear his and its own costs and attorneys' fees.

SO ORDERED AND ADJUDGED, this the 23rd day of April, 2009.

                                                           s/William H. Barbour, Jr.
                                                           UNITED STATES DISTRICT JUDGE

AGREED TO:

| | |
|---|---|
| */s/ R. Nick Norris* | */s/ Paula Graves Ardelean* |
| Louis H. Watson, Jr., Esq. (MSB #9053) | Paula Graves Ardelean (MSB# 4975) |
| R. Nick Norris, Esq. (MSB #101574) | Alison T. Vance (MSB # 101113) |
| Louis H. Watson, Jr., P.A. | BUTLER, SNOW, O'MARA,STEVENS |
| 520 East Capitol Street | &CANNADA, PLLC |
| Jackson, Mississippi 39201 | P.O. Box 22567 |
| Tel: 601-968-0000 | Jackson, MS 39225-2567 |
| Fax: 601-968-0010 | Tel: 601-948-5711 |
| Louis@louiswatson.com | Fax: 601-985-4500 |
| Nick@louiswatson.com | paula.ardelean@butlersnow.com |
| | alison.vance@butlersnow.com |
| ATTORNEYS FOR PLAINTIFF | |
| | ATTORNEYS FOR DEFENDANT |